UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00840-FDW-DSC

| | |
|---|---|
| AARON KEVIN DANIELSON,　　　　　) | |
| 　　　　　　　　　　　　　　　　　) | |
| 　　　　Plaintiff,　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　) | |
| vs.　　　　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　)　　　ORDER | |
| JAN PETRUS HUMAN &　　　　　　　) | |
| ALBERTUS JOHANNES HUMAN,　　　　) | |
| 　　　　　　　　　　　　　　　　　) | |
| 　　　　Defendants.　　　　　　　 ) | |
| 　　　　　　　　　　　　　　　　　) | |

**THIS MATTER** is before the Court sue sponte. Upon review of the pleadings and Plaintiff's Motion for Default Judgment (Doc. No. 19), the Court finds it unnecessary to hold a hearing to determine damages. If Plaintiff so chooses, he may submit further evidence of damages to this Court no later than April 16, 2014. This Order does not require Plaintiff to submit evidence, but as a Pro se Plaintiff, the Court wishes to give the opportunity to Plaintiff to submit any and all evidence of damages before a final ruling.

SO ORDERED.

Signed: April 2, 2014

_____
Frank D. Whitney
Chief United States District Judge